FILE COPY

No. 07-14-00160-CR

| | | |
|---|---|---|
| Oscar Ivan Garcia<br>　Appellant | § | From the 242nd District Court of<br>　Hale County |
| | § | |
| v. | | November 18, 2014 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 18, 2014, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o